United States District Court
For the Northern District of California

**\*E-FILED\***
**March 26, 2007**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| URS CORPORATION, | No. C 06-05795 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| UTILITY RESOURCE SOLUTIONS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 2, 2007**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 9, 2007 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: March 26, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Marc M. Gorelnik     mmgorelnik@townsend.com, dhongyee@townsend.com

Marie C. Seibel     mcseibel@townsend.com, cjfoster@townsend.com

Mark A. Steiner     masteiner@townsend.com

Lawrence G. Townsend     ltownsend@owe.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 26, 2007

                                /s/ BAK
                              Chambers of Magistrate Judge Richard Seeborg