1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARK A. STEINER (State Bar No. 88124)
2  MARC M. GORELNIK (State Bar No. 166833)
   MARIE C. SEIBEL (State Bar No. 221014)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone: (415) 576-0200
   Facsimile: (415) 576-0300
5  Email: mas@townsend.com,
          mmg@townsend.com,
6         m2s@townsend.com

7  *Attorneys for Plaintiff*
   URS CORPORATION
8

*E-FILED 4/20/07*

9  LAWRENCE G. TOWNSEND (State Bar No. 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
10 455 Market Street, 19th Floor
   San Francisco, California 94105
11 Telephone: (415) 882-3288
   Facsimile: (415) 882-3299
12 Email: ltownsend@owe.com

13 *Attorneys for Defendants*
   UTILITY RESOURCE
14 SOLUTIONS, L.P. and URS FIELD
   SERVICES, L.L.C.
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18

19 URS CORPORATION, a Delaware          **Case No.: C 06 5795 RS**
   corporation,
20                                      **STIPULATION OF DISMISSAL**
                   Plaintiff,           **WITH PREJUDICE**
21                                       AND ORDER THEREON
        v.
22
   UTILITY RESOURCE SOLUTIONS, L.P., a
23 Texas limited partnership, and URS FIELD
   SERVICES, L.L.C., a Texas limited liability
24 company,

25
                   Defendants.
26

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
Case No. C 06 5795 RS

1  IT IS HEREBY STIPULATED BY THE PARTIES, by and through their respective counsel, that plaintiff URS Corporation's Complaint against defendants Utility Resource Solutions, L.P. and URS Field Services, L.L.C., is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a), except that the dismissal shall be without prejudice to the parties' respective rights to enforce the terms of the settlement agreement.  Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

TOWNSEND and TOWNSEND and CREW LLP

Dated:  April 18, 2007.          By:   /s/
                                       Marc M. Gorelnik
                                 *Attorneys for Plaintiff,*
                                 URS CORPORATION


LAW OFFICES OF LAWRENCE G. TOWNSEND

Dated:  April 18, 2007.          By:   /s/
                                       Lawrence G. Townsend
                                 *Attorneys for Defendants,*
                                 UTILITY RESOURCE SOLUTIONS, L.P. and URS
                                 FIELD SERVICES, L.L.C.


PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: April 20, 2007

_____
The Honorable Richard Seeborg
United States District Court Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
Case No. C 06 5795 RS

2